Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO** 0:26-cr-045-DLB
**18 U.S.C. § 113(a)(3)**

**MARKCUS JOHNSON and**
**CHARLES RILEY**

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 13, 2026, in Martin County, in the Eastern District of Kentucky, within the boundaries of the United States Penitentiary Big Sandy, an area within the special maritime and territorial jurisdiction of the United States,

**MARKCUS JOHNSON and**
**CHARLES RILEY**

did assault the person of T.H. with a dangerous weapon, that is, a homemade stabbing instrument, with intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.